# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

JOSEPH G. TROWERY                    )
Plaintiff,                           )
                                     )
                                     )          Civil Action No.  3:11cv 1182
v.                                   )
DOLLAR TREE STORES INC.,             )
CARL CAIN,                           )
Defendants.                          )

## NOTICE OF NONSUIT

Comes now the Plaintiff, Joseph G. Trowery, by and through his attorney and files this notice of nonsuit with prejudice against the Defendant Carl Cain.

Respectfully submitted,

_/s/J. Stephen Mills_____
J. Stephen Mills #19835
PO Box 281077
Nashville, TN 37228-1 077
615-366-0690
Attorney for Plaintiff

1

CERTIFICATE OF SERVICE

I certify that a copy of this motion has been sent to the following by the Court's ECF Mail System on the 27th day of January, 2012:

C.Eric Stevens

Little Mendelson, PC

3200 West End Avenue

Suite 500

Nashville, TN 37203

___/s/ Steve Mills_____

J. Stephen Mills
